**Sophia E. SELMAN, Executrix of the Estate of Richard J. Selman, et al., petitioners, v. UNITED STATES. No. 83–1438.**

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit.

June 4, 1984. Denied.